IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


EDDIE JAMES TAYLOR,

    Petitioner,

v.                                                      CASE NO. 1:09-cv-00129-MMP-AK

WALTER A. McNEIL,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 17, Respondent's motion to dismiss. Respondent contends that the Petition (Doc. 1) should be dismissed because it is a second or successive Petition, and Petitioner failed to obtain leave of the Court of Appeals before filing the Petition. Petitioner has filed a response opposing the motion. Doc. 20. Accordingly, the motion is ripe for determination.

The Petition stems from Petitioner's 1986 Alachua County jury trial conviction of one count of sexual battery upon a child less than 12 years of age, for which Petitioner was sentenced to life in prison with a 25-year mandatory minimum. Doc. 17, Exh. A. The sole issue raised in the Petition is that two months after trial, the State destroyed a rape kit containing the victim's DNA; the rape kit was not admitted into evidence at trial. Doc. 1 at 6. Petitioner alleges that the rape kit would have shown that he was not the perpetrator. Id.

Petitioner has been denied relief under § 2254 as to this conviction. See <u>Taylor v. Dept. of Corr.</u>, Case No. 1:91-cv-10030 (N.D. Fla. 1/9/92), Doc. 17 Exh. R. Thus, the instant Petition is successive. In response to the motion to dismiss, Petitioner does not dispute that he previously pursued relief under § 2254, but asserts that he is entitled to pursue the instant petition because his conviction was not supported by the evidence. Doc. 20.

Pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive habeas petition until a panel of the Eleventh Circuit has authorized its filing. There is no indication that Petitioner has satisfied the requirements for filing this case, and thus, it is not properly before this Court for consideration.

In light of the foregoing, it is respectfully **RECOMMENDED:**

That Respondents' motion to dismiss, Doc. 17, be **GRANTED**;

That the petition for writ of habeas corpus, Doc. 1, be **DISMISSED AS AN UNAUTHORIZED SECOND OR SUCCESSIVE PETITION**.

**IN CHAMBERS** at Gainesville, Florida, this **20th** day of January, 2010.

       *s/ A. KORNBLUM*
       **ALLAN KORNBLUM**
       **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 1:09-cv-129-MPAK*